IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.   CASE NO. 4:11cr00185-01 JMM

BENITA LASTER
a/k/a Benita Harris-Laster

## ORDER

In addition to the conditions of probation announced during the sentencing hearing held this date, Defendant shall be placed on electronic home monitor while on home detention.

The judgment to follow will include this condition.

The Clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED THIS 28th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE